**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Belinda WILSON, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 26, 1996.

PER CURIAM:

AND NOW, this 26th day of January, 1996, the Petition for Allowance of Appeal is GRANTED, limited to the issues of (1) whether the victims' prior inconsistent statements were admissible as contemporaneous, verbatim recordings under *Commonwealth v. Lively,* 530 Pa. 464, 610 A.2d 7 (1992); and (2) whether trial counsel was ineffective for failing to object to hearsay testimony.